UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DURA-LITE HEAT TRANSFER PRODUCTS LTD., a Canadian corporation, GLACIER RADIATOR MANUFACTURING LTD., a Canadian corporation, and PHILIP LESAGE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ZHEJIANG YINLUN MACHINERY CO., LTD, a Chinese company, and YINLUN USA, INC., an Illinois corporation, <br><br> Defendants. | Civil Action No. 3:14-cv-2185 <br><br> Hon. John T. Nixon <br><br> Magistrate Judge Juliet E. Griffin |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Dura-Lite Heat Transfer Products Ltd., Glacier Radiator Manufacturing Ltd., and Philip Lesage (collectively "Plaintiffs") and Defendant Yinlun USA, Inc. ("Yinlun USA") stipulate that they have reached final agreement on settlement of the claims made in this action and, based upon the agreement, consent and approval of the parties, through their respective attorneys, further stipulate as follows:

1. All of the claims asserted by Plaintiffs against Yinlun USA are hereby dismissed *with prejudice*.

2. Each party shall bear its own costs and attorneys' fees.

**SO ORDERED**, this 23 day of May, 2015.

_____
HONORABLE JOHN T. NIXON
UNITED STATES DISTRICT JUDGE